236 So.2d 35

**DEPOSIT GUARANTY NATIONAL BANK**

v.

**William Carl SHIPP and Gordon Earl Adams.**

**No. 50552.**

June 8, 1970.

Not considered. Not timely filed.

236 So.2d 35

**SECURITY HOMESTEAD ASSOCIATION**

v.

**Louis F. SCHNELL, Jr.**

**No. 50562.**

June 8, 1970.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.

McCALEB, J., thinks that the application should be granted.